UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                 :

MYKAYLA FAGNANI, *on behalf of herself and all*    :
*others similarly situated*,                            :

                     Plaintiffs,      :           25-CV-9695 (JMF)

          -v-                       :             ORDER

HARRY WINSTON, INC.,                 :

                     Defendant.     :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Plaintiffs allege that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*.  In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference.  To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement.  To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated:  November 25, 2025
       New York, New York

                                      JESSE M. FURMAN
                                  United States District Judge